**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| M.C. AND E.K. LEES, INC., A PENNSYLVANIA CORPORATION | : No. 309 WAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Commonwealth Court |
| | : |
| | : |
| W.R. CAPENOS, A/K/A WARREN CAPENOS, AN INDIVIDUAL, AND TAX CLAIM BUREAU OF THE COUNTY OF BUTLER, A GOVERNMENTAL ENTITY | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: W.R. CAPENOS, A/K/A WARREN CAPENOS | : |
| | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.